UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORA LUNA, et al., | Case No. 2:17-CV-2666 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| BARBARA CEGAVSKE, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff's motion for a preliminary injunction. (ECF No. 17). The motion requests expedited treatment, and indicates to the court that relief is needed by November 30, 2017. *Id.* at 1. Currently, responses to the motion are not due until November 20, 2017. LR 7-2. The reply will not be due until 7 days after that, meaning that under this current briefing schedule, this motion will not be ripe for a ruling until after November 27, 2017. This gives the court inadequate time to resolve this matter before the November 30 deadline.

Under Local Rule 7-4(c), this court may determine whether a matter submitted as an emergency is, in fact, an emergency. After reviewing the circumstances of this motion, this court finds that expedited briefing is necessary to resolve the issue before the court before November 30, 2017.

Further, plaintiff has requested a hearing on this matter. This court has determined that a hearing will assist the court in resolving the issues presented.

Also before the court is defendant Joseph Gloria's motion to dismiss. (ECF No. 23). Responses to this motion are not due until November 22, 2017. The issues in this motion relate to the same issues in the motion for a preliminary injunction. Therefore, the court will expedite the briefing schedule of this motion as well, and include argument on this motion in the hearing.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that responses to the motion for a preliminary injunction (ECF No. 17) are due by Thursday, November 16, 2017. Replies to the responses to the motion for a preliminary injunction are due by Tuesday, November 21, 2017.

IT IS FURTHER ORDERED that responses to the motion to dismiss (ECF No. 23) are due by Thursday, November 16, 2017. Replies to the responses to the motion to dismiss are due by Tuesday, November 21, 2017.

IT IS FURTHER ORDERED that this matter is set for oral argument on Wednesday, November 29, 2017 at 11:00 AM in LV Courtroom 6A before Judge James C. Mahan. In this hearing, the court will hear argument on both the motion for a preliminary injunction (ECF No. 17) and the motion to dismiss (ECF No. 23). No other matters will be heard in this hearing.

DATED November 9, 2017.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE