UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NORA LUNA, et al.,

Plaintiff(s),

v.

BARBARA CEGAVSKE, et al.,

Defendant(s).

Case No. 2:17-CV-2666 JCM (GWF)

ORDER

Presently before the court is defendant State of Nevada's motion to dismiss. (ECF No. 34). Currently, responses to the motion are not due until November 30, 2017. LR 7-2. The reply will not be due until 7 days after that, meaning that under this current briefing schedule, this motion will not be ripe for a ruling until December 8, 2017.

Under Local Rule 7-4(c), this court may determine whether a matter submitted as an emergency is, in fact, an emergency. After reviewing the circumstances of this motion, and the outstanding preliminary injunction motion in this case, this court finds that expedited briefing is necessary to resolve the issue before the court before November 30, 2017.

Further, plaintiff has requested a hearing on this matter. This court has determined that a hearing will assist the court in resolving the issues presented.

Accordingly,

IT IS HEREBY ORDERED that responses to the motion to dismiss (ECF No. 34) are due by Tuesday, November 21, 2017. Replies to the responses to the motion to dismiss are due by Monday, November 27, 2017.

IT IS FURTHER ORDERED that this matter is set for oral argument on Wednesday, November 29, 2017 at 11:00 AM in LV Courtroom 6A before Judge James C. Mahan. In this

James C. Mahan
U.S. District Judge

hearing, the court will hear argument on the motion for a preliminary injunction (ECF No. 17), defendant Gloria's motion to dismiss (ECF No. 23), and State of Nevada's motion to dismiss (ECF No. 34).

.        DATED November 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge