1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Nora Luna; Bilal Shabazz; Diane Crump;-Richmond; Susan Florian; and Demi Falcon,

    Plaintiff(s),

vs.

Barbara Cegavske, in her official capacity as the Nevada Secretary of State; and Joseph Gloria, in his official capacity as the Clark

    Defendant(s).

Case #2:17-cv-02666

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Joseph A. Vanderhulst, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Public Interest Legal Foundation
(firm name)

with offices at 32 E Washington St, Suite 1675,
(street address)

Indianapolis, Indiana, 46204,
(city)   (state)   (zip code)

317-203-5599, jvanderhulst@publicinterestlegal.org.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Public Interest Legal Foundation to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __10/17/2008__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __Indiana__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, S.D. Ind. | 10/17/2008 | None |
| U.S. District Court, N.D. Ind. | 10/17/2008 | None |
| U.S. District Court, E.D. Wis. | 07/06/2010 | None |
| U.S. Court of Appeals, 1st Circuit | 3/31/2000 | None |
| U.S. Court of Appeals, 3rd Circuit | 11/02/2016 | None |
| U.S. Court of Appeals, 6th Circuit | 09/20/2010 | None |
| U.S. Court of Appeals, 8th Circuit | 02/17/2011 | None |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
4  _____
   Petitioner's signature

STATE OF ____Indiana____ )
                         )
COUNTY OF ___Hendricks___ )

___Joseph A. Vanderhulst___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_15_ day of _November_, _2017_.

_Shawna Lynne Powell_
Notary Public or Clerk of Court

_Shawna Lynne Powell_

SHAWNA LYNNE POWELL
Notary Public, State of Indiana
Hendricks County
Commission # 635189
My Commission Expires
May 07, 2020

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___David C. O'Mara___,
                                                                                                (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____311 East Liberty St._____,
                       (street address)

____Reno____, ____Nevada____, __89501__,
   (city)           (state)        (zip code)

__775-323-1321__, __david@omaralaw.net__.
(area code + telephone number)   (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David C. O'Mara_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Shauna Powell, Board Secretary_
(party's signature)

Public Interest Legal Foundation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_David C O'Mara_
Designated Resident Nevada Counsel's signature

8599                        david@omaralaw.net
Bar number                  Email address

APPROVED:

Dated: November 17, 2017.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

4.   (Continued)

*I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Court of Appeals, 9th Circuit | 09/23/2009 | None |
| U.S. Court of Appeals, 10th Circuit | 12/15/2010 | None |

**2017 - 2018 SUPREME COURT OF INDIANA**
**CERTIFICATE OF GOOD STANDING**
*This certifies that*

Joseph Adrian Vanderhulst

has paid the annual registration fee, due October 1, 2017, required by Admission and discipline rule 2 of this Court. This card certifies this attorney is a member of the Bar of this state in good standing. This attorney's bar status is:
Good Standing, Active

See reverse for explaination of bar status.
Attorney #28106-02

Clerk