
J. Christian Adams
Virginia Bar Number 42543
(will comply with LR IA 11-2 within 45 days)
Joseph A. Vanderhulst
Indiana Bar Number 28106-02
(will comply with LR IA 11-2 within 45 days)
32 East Washington Street, Suite 1675
Indianapolis, Indiana 46204
Telephone: 317-203-5599
Email: adams@publicinterestlegal.org
       jvanderhulst@publicinterestlegal.org

THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)

*Counsel for Proposed Defendant-Intervenor Public Interest Legal Foundation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORA LUNA; BILAL SHABAZZ; DIANE CRUMP-RICHMOND; SUSAN FLORIAN; and DEMI FALCON., <br><br> Plaintiff <br><br> vs. <br><br> BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; and JOSEPH GLORIA, in his official capacity as the Clark County Registrar of Voters, <br><br> Defendants | Case No. 2:17-CV-02666 |

**STIPULATION AND [PROPOSED ORDER] TO VACATE AND RESCHEDULE HEARING ON MOTION TO INTERVENE AND RESCHEDULE**

(FIRST REQUEST)

- 1 -

1	WHEREAS, on Wednesday, November 15, 2017, this Court issued a minute order setting a hearing on Intervenor's Motion to Intervene for Friday, December 8, 2017 at 3:30 PM in LV Courtroom 3A before Magistrate Judge George Foley, Jr.

WHEREAS, the Parties have conferred and now stipulate to reschedule this hearing for Wednesday, December 13, 2017, at 3:30 p.m. This is the first request for a new hearing date on Intervenor's Motion to Intervene.

IT IS SO STIPULATED.

Dated: November 22, 2017              THE O'MARA LAW FIRM, P.C.

                                      By: _____
                                      DAVID C. O'MARA (Nevada Bar No. 8599)
                                      311 East Liberty Street
                                      Reno, NV 89501
                                      Telephone: (775) 323-1321
                                      Facsimile: (775) 323-4082
                                      *Local Counsel for Proposed Intervening Defendant*

                                      PUBLIC INTEREST LEGAL FOUNDATION
                                      J. Christian Adams
                                      Josepg A. Vanderlust
                                      32 E. Washington St., Ste 1675
                                      Indianapolis, IN 46204

                                      *Counsel for Proposed Intervening Defendant Public Interest Legal Foundation*

Dated: November 22, 2017              ADAM PAUL LAXALT ATTORNEY GENERAL


                                      /S/ Lawrence Vandyke
                                      By: _____
                                      LAWRENCE VANDYKE
                                      Solicitor General

                                      Joseph Tartakovsky
                                      Deputy Solicitor General
                                      Steve Shevorski
                                      Head of Complex Litigation
                                      State of Nevada
                                      Office of the Attorney General
                                      555 E. Washington Ave., Ste. 3900
                                      Las Vegas, NV 89101
                                      *Attorneys for Defendant Barbara Cegavske*

- 2 -

| | |
|---|---|
| Dated: November 22, 2017 | STEVEN B. WOLFSON DISTRICT ATTORNEY<br>CIVIL DIVISION |

By: /S/ Mary-Anne Miller
_____
MARY-ANNE MILLER
County Counsel

500 South Grand Central Pkwy
Las Vegas, NV 89155
*Attorneys for Defendant*
*Joseph Gloria*

Dated: November 22, 2017

WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP

By: /s. Bradley Schrager
_____
BRADLEY SCHAGER

PERKINS COIE, LLP
Marc Elias
Jackie L. Anderson
700 Thirteenth St., N.W., Ste. 600
Washington, D.C. 20005

PERKINS COIE, LLP
Sambo Dul
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012
*Attorneys for Plaintiff*

WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP
Bradley Schrager
Daniel Bravo
3566 E. Russell Rd., 2nd Fl.
Las Vegas, NV 89120
*Attorneys For Plaintiffs*

IT IS SO ORDERED.

Dated: _____

By: _____
MAGISTRATE JUDGE GEORGE FOLEY, JR