J. Christian Adams
Virginia Bar Number 42543
(will comply with LR IA 11-2 within 45 days)
Joseph A. Vanderhulst
Indiana Bar Number 28106-02
(will comply with LR IA 11-2 within 45 days)
32 East Washington Street, Suite 1675
Indianapolis, Indiana 46204
Telephone: 317-203-5599
Email: adams@publicinterestlegal.org
       jvanderhulst@publicinterestlegal.org

THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)

*Counsel for Proposed Defendant-Intervenor Public Interest Legal Foundation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORA LUNA; BILAL SHABAZZ; DIANE CRUMP-RICHMOND; SUSAN FLORIAN; and DEMI FALCON., <br><br> Plaintiff <br><br> vs. <br><br> BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; and JOSEPH GLORIA, in his official capacity as the Clark County Registrar of Voters, <br><br> Defendants | **Case No. 2:17-CV-02666** |

**STIPULATION AND [PROPOSED ORDER] TO VACATE AND RESCHEDULE HEARING ON MOTION TO INTERVENE AND RESCHEDULE**

**(FIRST REQUEST)**

- 1 -

1       WHEREAS, on Wednesday, November 15, 2017, this Court issued a minute order setting a hearing on Intervenor's Motion to Intervene for Friday, December 8, 2017 at 3:30 PM in LV Courtroom 3A before Magistrate Judge George Foley, Jr.

      WHEREAS, the Parties have conferred and now stipulate to reschedule this hearing for Wednesday, December 13, 2017, at 3:30 p.m. This is the first request for a new hearing date on Intervenor's Motion to Intervene.

      IT IS SO STIPULATED.

Dated: November 22, 2017               THE O'MARA LAW FIRM, P.C.

By: *[signature]*
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
*Local Counsel for Proposed Intervening Defendant*

PUBLIC INTEREST LEGAL FOUNDATION
J. Christian Adams
Josepg A. Vanderlust
32 E. Washington St., Ste 1675
Indianapolis, IN 46204

*Counsel for Proposed Intervening Defendant Public Interest Legal Foundation*

Dated: November 22, 2017               ADAM PAUL LAXALT ATTORNEY GENERAL

/S/ Lawrence Vandyke
By:_____
LAWRENCE VANDYKE
Solicitor General

Joseph Tartakovsky
Deputy Solicitor General
Steve Shevorski
Head of Complex Litigation
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendant Barbara Cegavske*

- 2 -

| | |
|---|---|
| Dated: November 22, 2017 | STEVEN B. WOLFSON DISTRICT ATTORNEY<br>CIVIL DIVISION<br><br>By: /S/ Mary-Anne Miller<br>_____<br>MARY-ANNE MILLER<br>County Counsel<br><br>500 South Grand Central Pkwy<br>Las Vegas, NV 89155<br>*Attorneys for Defendant*<br>*Joseph Gloria* |
| Dated: November 22, 2017 | WOLF RIFKIN SHAPIRO SCHULMAN &<br>RABKIN, LLP<br><br>By: /s. Bradley Schrager<br>_____<br>BRADLEY SCHAGER<br><br>PERKINS COIE, LLP<br>Marc Elias<br>Jackie L. Anderson<br>700 Thirteenth St., N.W., Ste. 600<br>Washington, D.C. 20005<br><br>PERKINS COIE, LLP<br>Sambo Dul<br>2901 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012<br>*Attorneys for Plaintiff*<br><br>WOLF RIFKIN SHAPIRO SCHULMAN &<br>RABKIN, LLP<br>Bradley Schrager<br>Daniel Bravo<br>3566 E. Russell Rd., 2nd Fl.<br>Las Vegas, NV 89120<br>*Attorneys For Plaintiffs* |

IT IS SO ORDERED.

Dated: 11/27/2017          By: _____
                                MAGISTRATE JUDGE GEORGE FOLEY, JR