ADAM PAUL LAXALT
   Attorney General
LAWRENCE VANDYKE (Bar No. 13643)
   Solicitor General
JOSEPH TARTAKOVSKY (Bar. No. 13796)
   Deputy Solicitor General
STEVE SHEVORSKI (Bar No. 8256)
   Head of Complex Litigation
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3783 (phone)
(702) 486-3773 (fax)
lvandyke@ag.nv.gov
jtartakovsky@ag.nv.gov
sshevorski@ag.nv.gov

*Attorneys for Defendant
Secretary of State*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORA LUNA; BILAL SHABAZZ; DIANE CRUMP-RICHMOND; SUSAN FLORIAN; and DEMI FALCON | CASE NO. 2:17-cv-02666-JCM-GWF |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| vs. | **(First Request)** |
| BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; and JOSEPH GLORIA, in his official capacity as the Clark County Registrar of Voters, | |
| Defendants. | |

Defendant Barbara Cegavske in her official capacity as Nevada Secretary of State, by and through her counsel of record, Defendant Joseph Gloria in his official capacity as Clark County Registrar of Voters, and Plaintiffs Nora Luna, Bilal Shabazz, Diane Crump-Richmond, Susan Florian and Demi Falcon, by and through their counsel of record, stipulate and agree that good cause exists to stay discovery in this matter pending resolution of state court proceedings that may moot this litigation.

/ / /

WHEREAS, the Court, in its order vacating the hearing on Plaintiffs' motion for preliminary injunction and Defendants Cegavske and Gloria's respective motions to dismiss, has found that the state court proceedings (Case #A-17-764587-C) "could render plaintiffs' federal complaint moot." (ECF No. 42 at 3:5-7).

WHEREAS, in light of the Court's order (ECF No. 42) and the potential mooting effect that the pending state court proceedings may have on this litigation, the parties have met and conferred in good faith and have agreed that good cause supports a stay of all discovery, including the parties' obligation to submit a discovery plan to the Court, to conserve the parties' resources and in the interests of judicial economy.

In light of the foregoing, the parties stipulate and agree as follows:

1.      All discovery deadlines, including the parties' obligation to submit a discovery plan to the Court, are stayed pending the resolution of the state court proceedings;

2.      The parties agree to meet and confer within fourteen (14) days of the state court proceeding's termination in order to form a discovery plan and will submit a discovery plan to the Court within 30 days of the state court proceeding's termination; and

3.      Any party, after providing 5 days' written notice to all parties in this action, may apply via written motion to lift the stay of discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 26th day of December, 2017.

ADAM PAUL LAXALT
Attorney General


By:  /s/ Steve Shevorski
    LAWRENCE VANDYKE
    Solicitor General
    JOSEPH TARTAKOVSKY
    Deputy Solicitor General
    STEVE SHEVORSKI
    Head of Complex Litigation
    555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*
    *Barbara Cegavske*

Dated this 26th day of December, 2017.

WOLF RIFKIN SHAPIRO SCHULMAN &
RABKIN, LLP


By:  /s/ Bradley Schrager
    BRADLEY SCHRAGER
    DANIEL BRAVO
    3556 E. Russell Rd., 2nd Fl.
    Las Vegas, NV 89120

    MARC E. ELIAS
    *(Pro hac vice to be submitted)*
    JACKIE L. ANDERSON
    *(Pro hac vice to be submitted)*
    PERKINS COIE LLP
    700 Thirteenth Street, N.W., Ste. 600
    Washington, D.C. 20005

    Sambo Dul
    *(Pro hac vice to be submitted)*
    Perkins Coie LLP
    2901 N. Central Ave., Ste. 2000
    Phoenix, AZ 85012

    *Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 26th day of December, 2017.

STEVEN B. WOLFSON
District Attorney


By /s/ *Mary-Anne Miller*
        STEVEN B. WOLFSON
        District Attorney
        CIVIL DIVISION
        MARY-ANNE MILLER
        County Counsel
        500 South Grand Central Pkwy.
        Las Vegas, Nevada  89155
        *Attorneys for Defendant, Joseph Gloria*


# **ORDER**

IT IS SO ORDERED.

DATED this __27th__ day of December, 2017.


UNITED STATES MAGISTRATE JUDGE