UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NORA LUNA, et al., | Case No. 2:17-CV-2666 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| BARBARA CEGAVSKE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Luna, et al. v. Cegavske, et al.*, case no. 2:17-cv-02666-JCM-GWF.

On November 11, 2017, this court granted in part plaintiffs' motion to stay case pending state court proceedings. (ECF No. 42). Since December 26, 2017, no party has submitted any filings with this court. The court orders the parties to file a joint status report indicating the status of the current action.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED June 5, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**