Joseph F. Tartakovsky (SBN 13796)
141 6th Avenue
San Francisco, CA 94118
Telephone: 415-715-4058
Joseph.tartakovsky@gmail.com

*Former Attorney for Defendant Barbara Cegavske, in her official capacity as the Nevada Secretary of State*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORA LUNA; BILAL SHABAZZ; DIANE CRUMP-RICHMOND; SUSAN FLORIAN; and DEMI FALCON,,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; and JOSEPH GLORIA, in his official capacity as the Clark County Registrar of Voters,<br><br>Defendants. | CASE NO. 2:17-cv-02666-JCM-CWH<br><br>**MOTION TO WITHDRAW FROM ACTION AS ATTORNEY FOR DEFENDANT** |

**MOTION TO WITHDRAW FROM ACTION AS ATTORNEY FOR DEFENDANT**

I, Joseph Tartakovsky, respectfully move the Court for an order permitting me to withdraw as counsel for Defendant Barbara Cegavske in the above action. In support of this motion, I hereby state the following points:

(1)   On November 9, 2017, I gave notice to appear as counsel for Defendant Barbara Cegavske [Dkt. 25].

(2)   I am no longer employed with the Nevada Office of the Attorney General.

(3)   Opposing counsel will receive notice of this motion via the CM/ECF system.

(4)   Local Rule IA 11-6 (e) states, "[N]o withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case."

No such delay will result from my withdrawal because the Defendant is represented by

counsel who have previously appeared in this proceeding. All attorneys listed below remain attorneys of record for Defendant Barbara Cegavske:

Steven Shevorski
Nevada Office of the Attorney General
555 E. Washington Avenue
Suite 3900
Las Vegas, NV 89101
702-486-3825
Fax: 702-486-3773
Email: sshevorski@ag.nv.gov

Lawrence VanDyke
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV 89701
775-684-1100
Fax: 775-684-1108
Email: lvandyke@ag.nv.gov

Dated: January 3, 2019

By: /s/ Joseph Tartakovsky
Joseph Tartakovsky

*Former Attorney for Defendant Barbara Cegavske, in her official capacity as the Nevada Secretary of State*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1/07/2019