ADAM PAUL LAXALT
  Attorney General
LAWRENCE VANDYKE (Bar No. 13643)
  Solicitor General
STEVE SHEVORSKI (Bar No. 8256)
  Head of Complex Litigation
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Phone: (775) 684-1208
Fax: (775) 684-1108
jtartakovsky@ag.nv.gov

*Attorneys for Defendant*
*Barbara Cegavske*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NORA LUNA; BILAL SHABAZZ; DIANE CRUMP-RICHMOND; SUSAN FLORIAN; and DEMI FALCON, <br><br> Plaintiffs, <br><br> vs. <br><br> BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; and JOSEPH GLORIA, in his official capacity as the Clark County Registrar of Voters, <br><br> Defendants. | Case No. 2:17-cv-02666-JCM-GWF <br><br> **MOTION TO WITHDRAW OF COUNSEL OF RECORD** |

Lawrence VanDyke, who has appeared in this proceeding as counsel for Defendant Barbara Cegavske, Secretary of State (Defendant), respectfully moves this Court for an Order permitting Mr. VanDyke to withdraw as counsel for the Defendant, in the above captioned matter. In support of this motion, Mr. VanDyke states the following:

    1.    Mr. VanDyke will leave the employment of the State of Nevada, Office of the Attorney General in January 2019.

2. Local Rule IA 11-6(b) provides, "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel."

3. The Office of the Attorney General has received notice of Mr. VanDyke's intent withdraw from this case.

4. Opposing counsel will receive notice of this Motion to Withdraw as Counsel of Record via the CM/ECF system.

5. Local Rule 1A 11-6(e) provides, "no withdraw or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." No delay of any kind will result from Mr. VanDyke's withdrawal because the Office of the Attorney General has representation in place for the Defendant, Barbara Cegavske, Secretary of State, who have previously appeared in this proceeding.

For these reasons, Mr. VanDyke respectfully moves this Court for an Order permitting Mr. VanDyke to withdraw as counsel for the Defendant, Barbara Cegavske, Secretary of State, in the above captioned matter.

DATED this 4th day of January 2019.

        ADAM PAUL LAXALT
        Attorney General
        By: /s/ Lawrence VanDyke
        LAWRENCE VANDYKE
        Solicitor General
        100 N. Carson Street
        Carson City, Nevada 89701
        (775) 684-1100
        LVandyke@ag.nv.gov

        *Attorneys for Defendant*
        *Barbara Cegavske*

IT IS SO ORDERED.

Dated this __7th__ day of January 2019.

        By: _____
        UNITED STATES MAGISTRATE JUDGE