Marc E. Elias (D.C. Bar No. 442007)
(*Pro hac vice*)
Jacki L. Anderson (Ill. Bar No. 6312256)
(*Pro hac vice*)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
Email: MElias@perkinscoie.com
JackiAnderson@perkinscoie.com

Sambo Dul (Ariz. Bar No. 030313)
(*Pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: SDul@perkinscoie.com

Bradley Schrager (Nev. Bar No. 10217)
Daniel Bravo (Nev. Bar No. 13078)
**WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP**
3556 East Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702.341.5200
Facsimile: 702.341.5300
Email: BSchrager@wrslawyers.com
DBravo@wrslawyers.com

*Attorneys for Plaintiffs Nora Luna, Bilal Shabazz, Diane Crump-Richmond, Susan Florian, and Demi Falcon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NORA LUNA; BILAL SHABAZZ; DIANE CRUMP-RICHMOND; SUSAN FLORIAN; and DEMI FALCON,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; and JOSEPH GLORIA, in his official capacity as the Clark County Registrar of Voters,<br><br>Defendants. | No. 2:17-cv-02666-JCM-CWH<br><br>**MOTION TO CONFIRM DISASSOCIATION AND WITHDRAWAL OF COUNSEL SAMBO DUL** |

Plaintiffs, NORA LUNA, BILAL SHABAZZ, DIANE CRUMP-RICHMOND, SUSAN FLORIAN, and DEMI FALCON (collectively, "Plaintiffs"), hereby move the Court for entry of an order removing Sambo Dul, Esq. from the case as attorney of record for Plaintiffs and from all service lists. Effective January 25, 2019, Sambo Dul, Esq. is no longer affiliated with Perkins Coie LLP. Because Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP and Perkins Coie LLP still represent Plaintiffs as lead counsel, no parties are prejudiced by the withdrawal of Sambo Dul, Esq.

In support of this motion, Plaintiffs state the following:

1. On November 3, 2017, Plaintiffs filed Sambo Dul's Verified Petition to Practice Pro Hac Vice. *See* ECF No. 16.

2. On November 6, 2017, this Court granted Sambo Dul's Verified Petition to Practice Pro Hac Vice. *See* ECF No. 19.

3. Local Rule IA 11-6(b) provides, "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel."

4. Plaintiffs have received notice of Ms. Dul's intent to withdraw from this case. Opposing counsel will receive notice of this motion via the CM/ECF system.

5. Local Rule IA 11-6(e) provides, "[N]o withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case."

6. No delay of any kind will result from Ms. Dul's withdrawal because Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP and Perkins Coie LLP, and their counsel who have previously appeared in this proceeding, still represent Plaintiffs as lead counsel.

///
///
///
///
///

For these reasons, Plaintiffs respectfully move this Court for an order removing Sambo Dul, Esq. from the case as attorney of record for Plaintiffs and from all service lists.

Respectfully submitted,

Dated: January 17, 2019.

**WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP**

By: */s/ Bradley Schrager*
Bradley Schrager, Esq.
Daniel Bravo, Esq.
3556 East Russell Road, Second Floor
Las Vegas, Nevada 89120

Marc E. Elias, Esq.
Jacki L. Anderson, Esq.
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960

Sambo Dul, Esq.
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

*Attorneys for Plaintiffs Nora Luna, Bilal Shabazz, Diane Crump-Richmond, Susan Florian, and Demi Falcon*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 1/18/2019